IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:13MJ02036 JJV

LYNETTA MAE WASHINGTON

**ORDER**

The Defendant appeared with counsel on this date for initial appearance after being arrested for failing to surrender to serve her imposed sentence. The Defendant waived her rights to preliminary examination and identification hearings. Accordingly, the United States Marshal shall to transport Defendant to the Bureau of Prison Facility where she was previously designated forthwith.

IT IS SO ORDERED.

Dated this 15th day of November 2013.

_____
UNITED STATES MAGISTRATE JUDGE